UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T. J. TREMBLE,

      Petitioner,

v.     Case Number: 06-cv-13945
      Honorable Bernard A. Friedman
SHERRY BURT,

      Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this court's opinion and order dated September 28, 2009, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 28th. day of September, 2009.

      DAVID J. WEAVER
      CLERK OF THE COURT

      BY:   Carol L. Mullins

September 28, 2009

APPROVED:


s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE